IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERBERT OVERTON, JR.,
#15574-084,

    Plaintiff,

vs.                                          Case No. 4:15cv481-RH/CAS

FLORIDA STATE HOSPITAL, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This case was transferred to this Court from the United States District Court, Eastern District of North Carolina. ECF Nos. 6-7. At the time of transfer, Plaintiff's in forma pauperis motion, ECF No. 2, was pending. Plaintiff's prisoner trust fund account statement from the Federal Bureau of Prisons reveals that Plaintiff has an account balance of over $2,600.00. ECF No. 5. In light of that balance, Plaintiff has sufficient funds to pay the $450.00 filing fee for this case. It is recommended that Plaintiff's motion for in forma pauperis status, ECF No. 2, be denied and Plaintiff be given thirty days from the date this Report and Recommendation is adopted to pay the $450.00 filing fee.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's motion for in forma pauperis status, ECF No. 2, be **DENIED** and Plaintiff be given thirty days from the date this Report and Recommendation is adopted to pay the filing fee.[1] It is further recommended that this case be **REMANDED** for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on October 22, 2015.

 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] Failure to pay the fee would result in dismissal of this case.