IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HERBERT OVERTON, JR.,

    Plaintiff,

v.                        CASE NO. 4:15cv481-RH/CAS

FLORIDA STATE HOSPITAL et al.,

    Defendants.

_____/

**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. The plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is DENIED without prejudice to renewal if the plaintiff incurs, or needs to incur, additional costs to pursue this action and at that time does not have sufficient funds to do so without undue hardship.

3.  By January 11, 2016, the plaintiff must pay the filing fee or authorize its payment from his prisoner account.

4.  This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on December 18, 2015.

s/Robert L. Hinkle<br>United States District Judge