# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**HERBERT OVERTON, JR.,**
**#15574-084,**

    **Plaintiff,**

vs.                                                    Case No. 4:15cv481-RH/CAS

**FLORIDA STATE HOSPITAL, et al.,**

    **Defendants.**

_____ /

## REPORT AND RECOMMENDATION

This case is before the Court upon referral from the Clerk. In an order entered December 21, 2015, the Court accepted the Report and Recommendation, ECF No. 9, and denied without prejudice Plaintiff's Motion for Leave to Proceed in forma pauperis to renewal if the Plaintiff incurred, or needs to incur, additional costs to pursue this action and directed the Plaintiff to pay the filing fee or authorize its payment from his prisoner account by January 11, 2016. ECF No. 10. To date, the filing fee has not been paid nor has the Plaintiff advised that payment be authorized.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991).  Also, Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; Phipps v. Blakeney, 8 F.3d 788, 790 (11th Cir. 1993).  Plaintiff did not comply with a court order and prosecute this case.  As a result, this action should be dismissed.

Plaintiff shall have a 14-day period after service of this Report and Recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on February 1, 2016.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**