## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HERBERT OVERTON, JR.,

      Plaintiff,

v.                                      CASE NO.  4:15cv481-RH/CAS

FLORIDA STATE HOSPITAL et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 11, and the response, ECF No. 12.  The recommendation is for dismissal based on the plaintiff's failure to pay the filing fee.  His inmate-account balance far exceeds the amount of the filing fee.  In the response, the plaintiff says he does not wish to pursue the case at this time; he says he wishes to defer litigation until he is released and that he does not know when that will be.  The case will not be held open, especially in light of the plaintiff's failure to pay the filing fee.  Accordingly,

      IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's

opinion.  The clerk must enter judgment stating, "This case is dismissed without

prejudice."  The clerk must close the file.

SO ORDERED on April 21, 2016.

s/Robert L. Hinkle
United States District Judge